**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PAMELA BEASTERFELD,

    Plaintiff,

v.                                                    Case No:  8:10-CV-979-T-30EAJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth Jenkins (Dkt. #13).  The Plaintiff filed objections on June 16, 2011.  Defendant filed a response to the objection on June 29, 2011.

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's objections and Defendant's response, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #13) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is AFFIRMED.

3. This case is dismissed, with each party to bear its own costs and expenses.

4. The Clerk is directed to enter final judgment in favor of Defendant consistent with 42 U.S.C. § 405(g) and close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 5, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-979.adopt 13.wpd